IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FORD, BACON & DAVIS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-2911 |
| | § | |
| THE TRAVELERS INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § § | |
| | § | |
| Defendants. | § | |

**<u>FINAL JUDGMENT</u>**

For the reasons set forth in the separate Memorandum and Order signed this day, in which Defendants The Travelers Indemnity Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America's Motion for Summary Judgment (Document No. 13) is granted, it is

ORDERED and ADJUDGED that Plaintiff Ford, Bacon & Davis, LLC take nothing on its claims against Defendants The Travelers Indemnity Company (successor to The Travelers Insurance Company), Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America, and Plaintiff's case is DISMISSED on the merits.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this <u>7th</u> day of April, 2010.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE